UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY STRATTON, | ) | No. CV 12-855-DMG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. GONZALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied. Grounds One, Two, Four and Five are dismissed with prejudice, and Ground Three is dismissed without prejudice.

DATED:  August 20, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE